**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number:   08-2293

USA ex rel Karla Sulton v. Carolyn Trancoso

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

   Carolyn Trancoso

| | |
|---|---|
| NAME (Type or print)<br>   Erica Seyburn | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>   s/Erica Seyburn | |
| FIRM  Illinois Attorney General's Office | |
| STREET ADDRESS  100 West Randolph, 12th Floor | |
| CITY/STATE/ZIP  Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6287357 | TELEPHONE NUMBER  312-814-2139 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?      YES  X      NO  ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES  X      NO  ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?       YES  ☐      NO  X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES  ☐    NO  X | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL  ☐       APPOINTED COUNSEL  ☐ | |