IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America ex rel.<br>  KARLA SULTON, | ) <br> ) <br> ) | |
|         Petitioner, | ) <br> ) | |
|         v. | ) <br> ) | No. 08 C 2293 |
| CAROLYN TRANCOSO, Warden,<br>  Lincoln Correctional Center, | ) <br> ) <br> ) | The Honorable<br>Robert M. Dow, Jr., |
|         Respondent. | ) | Judge Presiding. |

**MOTION FOR EXTENSION OF TIME**

On My 21, 2008, this Court ordered respondent to respond to Karla Sulton's petition for writ of habeas corpus under 28 U.S.C. § 2254 on or before June 20, 2008. Respondent requests this Court to grant a 30-day extension of time to July 20, 2008, to file the response.

A supporting affidavit is attached to this motion for an extension of time.

June 16, 2008                                           Respectfully submitted,


                                                           LISA MADIGAN
                                                           Attorney General of Illinois

                                  By:    s/Erica R. Seyburn
                                             ERICA R. SEYBURN, Bar # 6287357
                                             Assistant Attorney General
                                             100 West Randolph Street, 12th Floor
                                             Chicago, Illinois 60601
                                             PHONE: (312) 814-2139
                                             FAX: (312) 814-2253
                                             E-MAIL: eseyburn@atg.state.il.us

State of Illinois	)
	) ss.
County of Cook	)

**AFFIDAVIT**

ERICA SEYBURN,, being first duly sworn upon oath, deposes and states as follows:

    1. That I am the Assistant Attorney General assigned to represent the respondent in this matter.

    2. That this is respondent's first request for an extension of time.

    3. That this extension is necessary, in part, to obtain the relevant state court documents, and to allow time for supervisors to edit the response.

    4. Based on the foregoing, respondent respectfully requests that this Honorable Court grant her motion for a 30-day extension of time to file her answer.

    FURTHER AFFIANT SAYETH NOT.


    _s/Erica Seyburn_____
    Erica Seyburn

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2008, I electronically filed respondent's MOTION FOR EXTENSION OF TIME with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system; and mailed the same by United States Postal Service to the following non-registered party: Karla Sulton, #R36246, Lincoln Correctional Center, 1098 1350th St., P.O. Box 549, Lincoln, IL 62656.

                                        LISA MADIGAN
                                        Attorney General of Illinois

By:    s/Erica Seyburn_____
           ERICA SEYBURN, Bar No. 6287357
           Assistant Attorney General
           100 W. Randolph St., 12th Floor
           Chicago, Illinois 60601-3218
           Phone: (312) 814-2139
           Fax: 312-814-2253
           E-mail: eseyburn@atg.state.il.us