IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America ex rel.<br>  KARLA SULTON, | ) <br> ) <br> ) | |
| Petitioner, | ) <br> ) | |
| v. | ) <br> ) | No. 08 C 2293 |
| CAROLYN TRANCOSO, Warden,<br>  Lincoln Correctional Center, | ) <br> ) <br> ) | The Honorable<br>Robert M. Dow, Jr., |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF MOTION

To:   Karla Sulton, #R36246
      Lincoln Correctional Center
      1098 1350th St.
      P.O. Box 549
      Lincoln, IL 62656

PLEASE TAKE NOTICE that on June 19, 2008, at 9:15 AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Robert M. Dow, Jr., Room 1919, or any judge sitting in his stead, in the courtroom occupied by him at 219 S. Dearborn Street, Chicago, Illinois, and present the attached MOTION FOR EXTENSION OF TIME.

                              LISA MADIGAN
                              Attorney General of Illinois

                        By:   s/Erica R. Seyburn
                              ERICA R. SEYBURN, Bar # 6287357
                              Assistant Attorney General
                              100 West Randolph Street, 12th Floor
                              Chicago, Illinois 60601
                              PHONE: (312) 814-2139
                              FAX: (312) 814-2253
                              E-MAIL: eseyburn@atg.state.il.