**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Karla Sulton
                  Plaintiff,

v.                                                 Case No.: 1:08−cv−02293
                                                 Honorable Robert M. Dow Jr.

Carolyn Trancoso
                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 18, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: MOTION by Respondent Carolyn Trancoso for extension of time [11] to file answer regarding petition for writ of habeas corpus is granted to and including 7/20/08. Notice of Motion date of 6/19/08 is stricken and no appearance will be necessary.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.