IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America ex rel.<br>KARLA SULTON, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 08 C 2293 |
| CAROLYN TRANCOSO, Warden,<br>Lincoln Correctional Center, | ) ) ) | The Honorable<br>Robert M. Dow, Jr., |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF MOTION

To:   Karla Sulton, #R36246
      Lincoln Correctional Center
      1098 1350th St.
      P.O. Box 549
      Lincoln, IL 62656

PLEASE TAKE NOTICE that on July 17, 2008, at 9:15 AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Robert M. Dow, Jr., Room 1919, or any judge sitting in his stead, in the courtroom occupied by him at 219 S. Dearborn Street, Chicago, Illinois, and present the attached MOTION TO DISMISS.

                                LISA MADIGAN
                                Attorney General of Illinois

                          By:   s/Erica R. Seyburn
                                ERICA R. SEYBURN, Bar # 6287357
                                Assistant Attorney General
                                100 West Randolph Street, 12th Floor
                                Chicago, Illinois 60601
                                PHONE: (312) 814-2139
                                FAX: (312) 814-2253
                                E-MAIL: eseyburn@atg.state.il.