**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Karla Sulton
              Plaintiff,

v.                                       Case No.: 1:08−cv−02293
                                                    Honorable Robert M. Dow Jr.

Carolyn Trancoso
              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: MOTION by Respondent Carolyn Trancoso to dismiss as time−barred [14] is taken under advisement; Petitioner Sulton's response due by 8/18/08; Respondent Trancoso's reply due by 9/2/08. Ruling on motion to dismiss [14] will be by mail.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.