11

FILED

AUG 4 2008
AUG 4, 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex. rel. KARLA SULTON, Petitioner, | ) | |
| | ) | No. 08 C 2293 |
| CAROLYN TRANCOSO, Warden, Lincoln Correctional Center, | ) | The Honorable Robert M. Dow, Jr., Judge Presiding. |
| Respondent. | ) | |

**REPLY TO MOTION TO DISMISS AS TIME-BARRED**

NOW COMES, Petitioner, Karla Sulton, Pro Se, in reply to Respondent's Motion To Dismiss and states as follows:

1. Petitioner agrees with Respondents' statements, numbers one (1) through four (4), as stated in said Motion To Dismiss As Time-Barred.

2. Petitioner did have a state-created impediment to filing her Post-Conviction Petition. Petitioner's family made several trips to the Circuit CLerk of Cook County's office between September 2003 and March 2004 in an attempt to pay for a copy of Petitioner's trial transcripts, so that the Petitioner could work on her Post-Conviction. After several months the Petitioners' family was told that the stenographer could not be located and that they could not produce a record of the court proceedings. (See Exhibit A)

Ih April, 2004, Petitioner filed a Motion For Trial Transcripts and Common Law Records. The motions was denied by Judge Stanley Sacks on November 23, 2005.

Denial of Petitioner's transcripts has caused a hardship in the Petitioner's effort in preparing her Post-Conviction, therefore, limiting Petitioner's access to the courts.

On December 4, 2005, Petitioner filed an appeal from denial of

transcripts and deposited copies in the Institutional Mail at Lincoln Correctional Center. (See Exhibit B)

Petitioner then began to prepare her Post-Conviction Petition as best as she could from memory. On February 8, 2006 Petitoiner placed the documents in the Institutional Mail at Lincoln Correctional Center. The petition was dismissed on February 27, 2006. On March 9, 2006 Petitioner filed an appeal from dismissal of her Post-Conviction and placed the said documents in the Institutional Mail at Lincoln Correctional Center. (See Exhibit C)

In September of 2006, when Petitioner had heard nothing in regards to either appeal, Petitioner wrote a letter of inquiry to the Clerks Office of the Appellate Court, First District. The Clerk's reply was that he had not received any Notice of Appeal from the Circuit CLerk of Cook County in regard to either appeal. (See Exhibit D)

On September 28, 2006 Petitioner filed a Late Notice of Appeal in regards to both appeals and placed them in the Institutional Mail at Lincoln Correctional Center. (See Exhibit E)

There has been a continuous, state-created impediment to the Petitoner's access to the courts. The delays were not due to lack of due diligence or culpable negligence on Petitioner's behalf.

3. Petitioner did not file her Habeas Petition on or before July 18, 2004 because she was working on her Post-Conviction Petition and at the same time trying to obtain a copy of her transcripts. Petitioner was still waiting for a decision on her Motion For Trial Transcripts and Common Law Record that she had filed in April 2004. Judge Stanley Sack did not make a decision on said Motion until November 23, 2005, which he denied. (See Exhibit F)

Petitioner has made every effort to exhaust all state remedies before bringing her plight to the attention of this Court.

4. Petitioner's state-court collateral was filed on February 8, 2006, Seventy-Seven (77) days after the denial of her motion for her transcripts. Therefore, there was a pending action in state court.

5. Petitioner agrees that One Hundred-Forty Five (145) days has elapsed between the conclusion of Petitioner's state Post-Conviction proceedings and the initiation of her Federal Habeas proceedings.

a. Petitioner argues that equitable tolling should excuse her untimely filing. Petitioner has been pursuing her rights diligently and the extraordinary circumstances that have prevented her timely filing were that of State-Created Impediments:

1. Refusal of purchase of transcripts to the Petitioner's family.

2. Taking Nineteen (19) months to make a decision and deny on Petitioner's Motion For Trial Transcripts and Common Law Records.

3. Appeal of denial of Transcripts disappeared.

4. Post-Conviction was denied, then the appeal which was filed on March 9, 2005 also disappeared. Petitioner meets the burden of demonstrating that she has diligently pursued her rights and that there were extraordinary circumstances beyond the Petitioner's ability to control in which prevented a timely filing.

6. Accordingly, this Habeas Petition may have been filed beyond the limitations period because it was due to State-Created Impediments and the Petitioner should not be faulted.

7. The following Exhibits are relevant to this motion and are being filed with this said Motion:

Exhibit A: Affidavits from Joseph and Jessie Scott

Exhibit B: Appeal of Denial of Trial Transcripts

Exhibit C: Appeal of Denial of Post-Conviction Petition

Exhibit D: Letter from Clerk Of Appellate Court

Exhibit E: Late Notice of Appeal

Exhibit F: Denial of Trial Transcripts

## CONCLUSION

Whereby, Petitioner prays that this Court will not dismiss Petitioner's Petition as time-barred under §2244 (d)(1)(A) and that this Court address the merits of Petitioner's claims, thereby granting Petitioner's Reply To Motion To Dismiss As Time-Barred.

July 29, 2008

Respectfully Submitted

Karla Sulton, Pro Se
R36246
Lincoln Correctional Center
P.O. Bo 549
Lincoln, Illinois 62656

IN THE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

UNITED STATES OF AMERICA, e rel.
Plaintiff, Karla Sulton

v.

CAROLYN TRANCOSO, WARDEN;
Defendant LINCOLN CORRECTIONAL CENTER

Case No. 08 C 2293

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk of U.S. District Court
Prisoner Correspondence
219 S. Dearborn St
Chicago, Illinois 60604

TO:
Lisa Madigan, Attorney General
Erica Seyburn
100 W. Randolph St. 12th Floor
Chicago, Illinois 60601

PLEASE TAKE NOTICE that on July 29, 20 08, I have placed the documents listed below in the institutional mail at Lincoln Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service:

REPLY TO MOTION TO DISMISS AS TIME-BARRED

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: July 29, 2008

/s/ Karla Sulton
NAME: Karla Sulton
IDOC#: R36246
Lincoln Correctional Center
P.O. BOX 549
Lincoln, IL 62656

EXHIBIT A

STATE OF ILLINOIS )
) SS:
COUNTY OF COOK )

AFFIDAVIT

I, Joseph P. Scott, depose and state that as to the matters herein, I am the Witness in the above entitled cause; that I have read the foregoing document, by my signature, and that the statements contained therein are true in substance and in fact.

I am the father of Petitoner Karla Sulton, Case No 08C2293 pending before the Honorable Robert M. Dow Jr. I attest to the statement that my wife, Jessie Lee Scott and myself made several trips to the Circuit Clerk of Cook County's Office between September 2003 and March 2004 in an attempt to pay for a copy of petitioners trial transcipts so she could work on her Post-Conviction, after the denial of her appeal in June 2003. At first I was told the Clerk's Office would locate the transcripts. After several months I was told the stenographer couldn't be located and they could not produce a record of the court proceedings.

I affirm the above is true and correct to the best of my knowledge.

Joseph P. Scott
AFFIANT

Subscribed and sworn to before me this 22nd day of July, 2008.

Alene White
NOTARY PUBLIC

4-14-09
EXPIRATION OF COMMISSION

"OFFICIAL SEAL"
ALENE WHITE
Notary Public, State of Illinois
My Commission Expires April 14, 2009

STATE OF ILLINOIS )
) SS:
COUNTY OF COOK )

AFFIDAVIT

I, Jessie Lee Scott, depose and state that as to the matters herein, I am the Witness in the above entitled cause; that I have read the foregoing document, by my signature, and that the statements contained therein are true in substance and in fact.

I am the mother of Petitioner Karla Sulton, Case No 08C2293 pending before the Honorable Robert M. Dow Jr. I attest to statement that my husband, Joseph Scott, and myself made numerous trips to the Circuit Clerk of Cook County's Office between September 2003 and March 2004 in an attempt to pay for a copy of petitioners trial transcripts so she could work on her Post-Conviction after the denial of her appeal in June 2003. At first I was told the Clerk's Office would locate the transcripts After several months I was told the stenographer couldn't be located and they could not produce a record of the court proceedings.

I affirm the above is true and correct to the best of my knowledge

Jessie Lee Scott
AFFIANT

Subscribed and sworn to before me this 22nd day of July, 2008.

Alene White
NOTARY PUBLIC

4/14/09
EXPIRATION OF COMMISSION

"OFFICIAL SEAL"
ALENE WHITE
Notary Public, State of Illinois
My Commission Expires April 14, 2009

EXHIBIT B




DOROTHY BROWN

CLERK OF THE COURT

# OFFICE OF THE CIRCUIT COURT CLERK OF COOK COUNTY

CRIMINAL BUREAU
CRIMINAL DIVISION
Room 526
2650 S. California Ave
Chicago, Illinois 60608
(773) 869-3141
FAX (773) 869-4444

Date: December 5, 2005

Karla Sutton # R-36246
Lincoln C.C.
P.O. Box 549
Lincoln, IL 62656

Case Number: 00CR14045-01

Dear Karla Sutton,

Please be advised that on 11/23/05

The Honorable Judge Stanley J. Sacks denied

your motions for Trial Transcripts + Common Law Record, to proceed in

If you have any further questions or requests, please feel free to notify our office.




Sincerely,

CRIMINAL DIVISION
MOTION DEPARTMENT

COMMENTS: Forma Pauperis + application to sue or defend as a poor person. Off. Call. Records were received by the State Appellate Defender on 11/10/05.




MISSION STATEMENT

The mission of the office of the Clerk of the Circuit Court of Cook County is to serve the citizens of Cook County and the participants ... system in a timely, efficient and ethical manner. All services, information and court records will be provided with courtesy ...

EXHIBIT C

In the Circuit Court of the 1st Judicial Circuit
Cook County, Illinois
(Or in the Circuit Court of Cook County).

THE PEOPLE OF THE STATE OF ILLINOIS )
) No. 00CR14045
v. )
)
Karla Sulton )
Defendant/Appellant

Notice of Appeal

An appeal is taken from the order or judgment described below:

(1) Court to which appeal is taken: Appeallate Court, first District

(2) Name of appellant and address to which notices shall be sent:
Name: Karla Sulton R36246
Address: P.O. Box 549 Lincoln, IL 62656

(3) Name and address of appellant's attorney on appeal:
Name:
Address:
If appellant is indigent and has no attorney, does he want one appointed?
Yes I need an attorney appointed

(4) Date of judgment or order: Feb. 27, 2006

(5) Offense of which convicted: Aggravated Kidnapping With A Dangerous Weapon

(6) Sentence: 12 years

(7) If appeal is not from a conviction, nature of order appealed from: Post-Conviction

Signed Karla Sulton
(May be signed by appellant, attorney for appellant, or clerk of circuit court)

Docket Number in the Reviewing Court

Case Title (Complete)

Appeal From Cook County
Circuit Court No. 00CR14045
Date of Notice of Appeal 3-9-06
Trial Judge Stanley Sacks
Felony (✓)
Misdemeanor ( )
In Custody (✓)
Out on Bond ( )

## DOCKETING STATEMENT
(Criminal)

Counsel On Appeal
For Appellant(s)
Name:
Address:
Telephone:

Trial Counsel,
If Different
Name: Stanley L. Hill
Address: 10 S. LaSalle St. Suite 1301 Chgo Il. 60603
Telephone: (312) 917-8888

Counsel On Appeal
For Appellee(s)
Name: Stanley L. Hill
Address: 10 S. LaSalle St. Chgo Il. 60603
Telephone: (312) 917-8888

Court Reporter(s)
Name:
Address:
Telephone:

Approximate Duration of Trial Court Proceedings To be Transcribed
my trial lasted about 4 days.

Nature of Case:
( ) Appeal from conviction after trial
( ) Jury Trial
( ) Plea of guilty
( ) Sentence only
( ) Appeal by State
( ) Bench Trial
(✓) Post-conviction proceeding
( ) Revocation of probation
( ) Other (Explain)

General Statement Of Issues Proposed To Be Raised (Failure to include an issue in this statement will not result in the waiver of the issue on appeal.) See next page

# Issues Proposed To Be Raised

1) All the issues in my Post-Conviction Petition that Judge Sacks cited when he denied my petition

) The issue of defendants state of mind that warranted necessity of her participation in the crime, negated her cupability in all parts of the crime by the jury's split verdict. Judge Sacks failed to address this issue in the denial

IN THE
1st Judicial Circuit
Cook County Illinois

People of State of Illinois
Plaintiff,

v.

Karla Sulton
Defendant

Case No. 00CR14045

**PROOF/CERTIFICATE OF SERVICE**

TO: Clerk of Circuit Court
2650 S. California Av.
Chicago, Il.
60608

TO: States Atty
2650 S. California Av.
Chicago Il.
60608

PLEASE TAKE NOTICE that on March 9, 2006, I have placed the documents listed below in the institutional mail at Lincoln Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: 2 copies to Clerk of Cook County and 1 copy to Cook County States Attorney.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: March 9, 2006

/s/ Karla Sulton
NAME: Karla Sulton
IDOC#: R36246
Lincoln Correctional Center
P.O. BOX 549
Lincoln, IL 62656

EXHIBIT D

CLERK'S OFFICE
APPELLATE COURT FIRST DISTRICT
STATE OF ILLINOIS
160 NORTH LASALLE STREET, RM S1400
CHICAGO, ILLINOIS 60601

STEVEN M. RAVID
CLERK

September 18, 2006

Ms. Karla Sulton
R36246
P.O. Box 549
Lincoln, IL 62656

Dear Ms. Sulton:

In response to your recent inquiry, please be advised that the Appellate Court does not have a Notice of Appeal docketed for you for an appeal from the Circuit Court, which means this Court has not received from the Circuit Court a Notice of Appeal timely filed with the Clerk of the Circuit Court. You may contact Ms. Sandra Anderson, Office of the Clerk of the Circuit Court, Criminal Division, 2650 S. California, Room 526, Chicago, IL 60608, to verify that the Circuit Court Clerk's office received the Notice of Appeal and to check on its status.

If the Circuit Court did not process your Notice of Appeal, and you still wish to appeal, you must file a motion in the Appellate Court for leave to file a Late Notice of Appeal that meets all the requirements of Supreme Court Rules 606(c) and 610 (which incorporates Rule 361). Those Rules provide in pertinent part:

> **Rule 606(c)**
> On motion supported by a showing of reasonable excuse for failure to file a notice of appeal on time filed in the reviewing court within 30 days of the expiration of the time for filing the notice of appeal, or on motion supported by a showing by affidavit that there is merit to the appeal and that the failure to file a notice of appeal on time was not due to appellant's culpable negligence, filed in the reviewing court within six months of the expiration of the time for filing the notice of appeal, in either case accompanied by the proposed notice of appeal, the reviewing court may grant leave to appeal and order the clerk to transmit the notice of appeal to the trial court for filing.
>
> **Rule 610**
> Motions in reviewing courts shall be governed by Rule 361....
>
> **Rule 361(b)(1)**
> [A] motion, together with proof of service, shall be filed with the clerk. Service and filing will be excused only in case of necessity.

**Rule 361(b)(3)**

Motions, supporting papers, and responses filed ...in the Appellate Court [shall consist of] an original and three copies .... A proposed order phrased in the alternative (e.g., "Allowed" or "Denied") shall be submitted with each motion, and a copy served upon all counsel of record. A copy of the style of such orders may be obtained from the Clerk's Office. No motion shall be accepted by the clerk unless accompanied by such a proposed order.

Very truly yours,

Cindy F. Wile
Administrative Attorney

EXHIBIT E

06-2886

FILED
APPELLATE COURT 1st DIST.
OCT 1 1 2006
STEVEN M. RAVID
CLERK

TO THE APPELLATE COURT OF ILLINOIS

FIRST DISTRICT
(Appellate Court Number)

PEOPLE OF THE STATE OF ILLINOIS )
)
vs. ) (INDICTMENT NO.) 00CR14045
) (Judge) Stanley Sacks
Karla Sulton )

FILED
APPELLATE COURT 1st DIST.
OCT 1 1 2006
STEVEN M. RAVID
CLERK

motion for Leave to File
LATE NOTICE OF APPEAL

An appeal is taken from the order or judgment described below::

(1) APPELLANT'S NAME: Karla Sulton #R36246

(2) APPELLANT'S ADDRESS: P.O. Box 549 Lincoln, IL 62656

(3) APPELLANT'S ATTORNEY: PRO SE
ADDRESS: P.O. Box 549 Lincoln, IL 62656

(4) OFFENSE: Aggravated Kidnapping with a dangerous weapon

(5) JUDGMENT: Guilty ~~PLEA/FINDING~~/VERDICT

(6) DATE OF JUDGMENT OF SENTENCE: May 23, 2001

(7) SENTENCE: 12 years

(8) STATE WHY YOU BELIEVE YOUR APPEAL HAS MERIT: My constitutional rights were violated and I should be granted one free copy of my transcripts.

(9) STATE WHY YOUR FAILURE TO FILE A NOTICE OF APPEAL WITHIN 30 DAYS WAS NOT DUE TO YOUR CULPABLE NEGLIGENCE: I filed an appeal for denial of transcripts on 12/4/05 and deposited copies in the institutional mailbox @ Lincoln Correctional Center. On March 9, 2006, I filed Notice of Appeal from my Post-Conviction denial. I deposited copies in the institutional mail at Lincoln Correctional Center on March 9, 2006. (SEE ATTACHED)

WHEREFORE, appellant prays the Court to grant the late notice of appeal, pursuant to Supreme Court Rule 606(c).

Karla Sulton
APPELLANT -Karla Sulton #R36246

TO THE APPELLATE COURT OF ILLINOIS

FIRST DISTRICT

(Appellate Court Number)

PEOPLE OF THE STATE OF ILLINOIS )
)
vs. ) (INDICTMENT NO.) 00CR14045
) (Judge) Stanley Sacks
Karla Sulton )

LATE NOTICE OF APPEAL

An appeal is taken from the order or judgment described below::

(1) APPELLANT'S NAME: Karla Sulton #R36246

(2) APPELLANT'S ADDRESS: P.O. Box 549 Lincoln, IL 62656

(3) APPELLANT'S ATTORNEY: PRO SE
ADDRESS: P.O. Box 549 Lincoln, IL 62656

(4) OFFENSE: Aggravated Kidnapping with a dangerous weapon

(5) JUDGMENT: Guilty ~~PLEA/FINDING~~/VERDICT

(6) DATE OF JUDGMENT OF SENTENCE: May 23, 2001

(7) SENTENCE: 12 years

(8) STATE WHY YOU BELIEVE YOUR APPEAL HAS MERIT: My constitutional rights were violated and I should be granted one free copy of my transcripts.

(9) STATE WHY YOUR FAILURE TO FILE A NOTICE OF APPEAL WITHIN 30 DAYS WAS NOT DUE TO YOUR CULPABLE NEGLIGENCE: I filed an appeal for denial of transcripts on 12/4/05 and deposited copies in the institutional mailbox @ Lincoln Correctional Center. On March 9, 2006, I filed Notice of Appeal from my Post-Conviction denial. I deposited copies in the institutional mail at Lincoln Correctional Center on March 9, 2006. (SEE ATTACHED)

WHEREFORE, appellant prays the Court to grant the late notice of appeal, pursuant to Supreme Court Rule 606(c).

[signature: Karla Sulton]
APPELLANT -Karla Sulton #R36246

APPELLATE COURT FIRST DISTRICT
STATE OF ILLINOIS

| | | |
|---|---|---|
| State of Illinois<br>Appellee<br><br>v.<br><br>Karla Sulton<br>Appellant | ) | CASE NO: 00CR14045 |

## MOTION TO ACCEPT LATE APPEALS

Appellant, Karla Sulton, received a letter from the Clerk of the Appellate Court First District, Steven M. Ravid, in response to her letter inquiring about the status of her appeals (See Exhibit 1).
Appellant became aware on September 21, 2006, the appeals she filed were not received. Per Exhibits 2 and 3, timely appeals were filed on December 14, 2005 and March 9, 2006 and placed in the institutional mail at Lincoln Correctional Center per prison regulations.

Per Exhibits 4 and 5, postage was paid from the appellant's inmate trust fund account.

Pursuant to Houston v. Lack, 108 S.Ct. 2379 mail is considered served once the inmate turns it over to the prison authorities. Due to no culpable negligence of appellant, the appeals were not received by the Circuit Clerk of Cook County. Appellant has attached Exhibits 6 and 7 in support of her arguments.

Appellant prays this court will grant this motion and accept appellant's late appeals.

Date: September 28th, 2006

/S/ Karla Sulton
Karla Sulton
IDOC No. R36346
Lincoln Correctional Center
P.O. Box 549
Lincoln, IL 62656

Subscribed and sworn before me
this 28 day of September, 2006

Tracy Hill
Notary Public-Tracy Hill

"OFFICIAL SEAL"
Tracy L. Hill
Notary Public, State of Illinois
My Commission Exp. 04/13/2009

STATE OF ILLINOIS )
)
COUNTY OF LOGAN )

AFFIDAVIT

Karla Sulton being first duly sworn on oath deposes and says:

1. I am the Defendant in this cause. Indictment No. 00CR14045

2. I was convicted of Aggravated Kidnapping on the date of April 4, 2001 and was sentenced to 12 years on the date of May 23, 2001 by Judge Stanley Sacks.

3. (State reasons that you did not file a notice of appeal in this case within 30 days of sentencing.) I filed notices of appeals on 12/4/05 and 3/9/06 for denial of transcipts and Post Conviction denial respectively and placed each in the institutional mail at Lincoln Correctional Center.

4. The delay in filing a notice of appeal is not attributable to defendant/appellant's culpable negligence.

5. (State why you believe your appeal has merit.) My constitutional rights have been violated. I've raised these issues in my Post Conviction.

6. Defendant/appellant does declare and affirm that all facts stated in the attached motion and in this affidavit are true and accurate to the best of his knowledge and belief.

SIGNED: Karla Sulton
DEFENDANT -Karla Sulton

SUBSCRIBED AND SWORN TO before me this 28 day of September, 2006.

Tracy Hill
NOTARY PUBLIC -Tracy Hill

"OFFICIAL SEAL"
Tracy L. Hill
Notary Public, State of Illinois
My Commission Exp. 04/13/2009

IN THE
Appellate Court First District
State of Illinois

State of Illinois
Plaintiff,

v.

Karla Sulton
Defendant

) Case No. 00CR14045

## PROOF/CERTIFICATE OF SERVICE

TO: Steven M. Ravid, Clerk
Appellate Court First District
160 North LaSalle Street, Rm. S 1400
Chicago, IL 60601

TO: Richard Devine-States Attorney
Cook County
69 W. Washington
Chicago, IL 60602

PLEASE TAKE NOTICE that on October 3, 20 06, I have placed the documents listed below in the institutional mail at Lincoln Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service:

1 original & 4 copies to Steven M. Ravid-Appellate Court First District

1 copy to Richard Devine-Cook County States Attorney

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 10/3/2006

/s/ Karla Sulton
NAME: Karla Sulton
IDOC#: R36246
Lincoln Correctional Center
P.O. BOX 549
Lincoln, IL 62656

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

## REQUEST FOR PAYMENT

1032 Date: 12-14-05

Name (print): Karla Sutton I.D. No.: R36246 Housing Unit: 1B

Please pay to: I.B.F

Address:

City: State: Zip:

The sum of dollars and cents

and charge to my account, for Postage for legal mail

☑ APPROVED
☐ NOT APPROVED

Karla Sutton — Inmate Signature
R36246 — ID No.

Assistant Warden/Superintendent/Designee

Witness

**REQUEST FOR PAYMENT OF POSTAGE**

I hereby request and authorize payment of postage for the attached mail.

Karla Sutton — Inmate Signature

ID No. R36246

**FOR TRUST FUND USE ONLY**

Trust Fund Balance $ 291.95
Less amount of payment $ 1.20
Current balance after payment $ 290.75

Check No. Date 12/22

Business Office

**REQUEST FOR PAYMENT OF POSTAGE**

Postage requested in the amount of 1. dollars 20 cents

☐ Postage Paid Jmpd 12.16.05

**FOR JUVENILE DIVISION USE ONLY**

Received by: (Staff) Date

Received by: (Youth) Date

Legal Serv 12-14-05

DC 826 (09/91) IL 426-0207

# REQUEST FOR PAYMENT

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

15298

Date: 3-9-06

Name (print): Karla Sutton I.D. No.: R36246 Housing Unit: 1B

Please pay to: I.B.F.

Address:

City: State: Zip:

The sum of dollars and cents

and charge to my account, for Postage for legal mail

☒ APPROVED

☐ NOT APPROVED

Karla Sutton (Inmate Signature) R36246 (ID No.)

Lt Mata (Assistant Warden/Superintendent/Designee) (Witness)

2 legal 3-10-06

**REQUEST FOR PAYMENT OF POSTAGE**

I hereby request and authorize payment of postage for the attached mail.

Karla Sutton (Inmate Signature)

ID No. R36246

**FOR TRUST FUND USE ONLY**

Trust Fund Balance $ 212.18

Less amount of payment $ 1.26

Current balance after payment $ 210.92

Check No. Date 3/10

Business Office

**REQUEST FOR PAYMENT OF POSTAGE**

Postage requested in the amount of 1. dollars 26 cents

☐ Postage Paid Chgd 3-9-06

**FOR JUVENILE DIVISION USE ONLY**

Received by: (Staff) Date

Received by: (Youth) Date

DC 828 (09/91) IL 426-0207

**Lincoln Correctional Center**
**Trust Fund**
View Transactions

**Inmate: R36246 Sulton, Karla** **Housing Unit: LIN-3A-02-05**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 12/15/05 | Disbursements | 80 Postage | 349302 | Chk #74451 | 800609185, Inmate Benefit Fund, Inv. Date: 12/13/2005 | -.23 | 230.38 |
| 12/19/05 | Mail Room | 01 MO/Checks (Not Held) | 353281 | 5461265602 | Scott, Jessie L | 50.00 | 280.38 |
| 12/19/05 | Mail Room | 01 MO/Checks (Not Held) | 353281 | 5461265601 | Scott, Jessie L | 50.00 | 330.38 |
| 12/21/05 | Point of Sale | 60 Commissary | 355721 | 395686 | Commissary | -37.32 | 293.06 |
| 12/28/05 | Disbursements | 80 Postage | 362302 | Chk #74522 | 80060101321, Inmate Benefit Fu, Inv. Date: 12/22/2005 | -1.20 | 291.86 |
| 12/28/05 | Disbursements | 80 Postage | 362302 | Chk #74522 | 800609716, Inmate Benefit Fund, Inv. Date: 12/19/2005 | -1.11 | 290.75 |
| 12/29/05 | Point of Sale | 60 Commissary | 363741 | 396757 | Commissary | -31.66 | 259.09 |
| 01/09/06 | Point of Sale | 60 Commissary | 009741 | 397962 | Commissary | -26.98 | 232.11 |
| 01/10/06 | Mail Room | 01 MO/Checks (Not Held) | 010281 | 08963908470 | Scott, Jessie L | 50.00 | 282.11 |
| 01/10/06 | Mail Room | 01 MO/Checks (Not Held) | 010281 | 08963908481 | Scott, Jessie L | 50.00 | 332.11 |
| 01/11/06 | Disbursements | 80 Postage | 011302 | Chk #74670 | 8006011143, Inmate Benefit Fun, Inv. Date: 01/09/2006 | -.04 | 332.07 |
| 01/11/06 | Disbursements | 80 Postage | 011302 | Chk #74670 | 8006011096, Inmate Benefit Fun, Inv. Date: 01/06/2006 | -.37 | 331.70 |
| 01/13/06 | Payroll | 20 Payroll Adjustment | 013114 | | P/R month of 12/2005 | 28.80 | 360.50 |
| 01/17/06 | Point of Sale | 60 Commissary | 017721 | 398876 | Commissary | -40.65 | 319.85 |
| 01/17/06 | Point of Sale | 60 Commissary | 017721 | 398883 | Commissary | -1.78 | 318.07 |
| 01/18/06 | Disbursements | 80 Postage | 018302 | Chk #74696 | 8006011116, Inmate Benefit Fun, Inv. Date: 01/11/2006 | -.83 | 317.24 |
| 01/24/06 | Point of Sale | 60 Commissary | 024721 | 400036 | Commissary | -29.63 | 287.61 |
| 01/27/06 | Disbursements | 82 Debts due to State (non-postage) | 027302 | Chk #74811 | 8206012662, DOC: 523 Fund Libr, Inv. Date: 01/26/2006 | -.90 | 286.71 |
| 02/01/06 | Point of Sale | 60 Commissary | 032721 | 400885 | Commissary | -34.21 | 252.50 |
| 02/06/06 | Payroll | 20 Payroll Adjustment | 037114 | | P/R month of 01/2006 | 28.80 | 281.30 |
| 02/08/06 | Point of Sale | 60 Commissary | 039721 | 401843 | Commissary | -44.21 | 237.09 |
| 02/21/06 | Point of Sale | 60 Commissary | 052741 | 402961 | Commissary | -53.47 | 183.62 |
| 02/22/06 | Disbursements | 80 Postage | 053302 | Chk #74933 | 8006013640, Inmate Benefit Fun, Inv. Date: 02/14/2006 | -.39 | 183.23 |
| 02/22/06 | Disbursements | 80 Postage | 053302 | Chk #74933 | 8006013686, Inmate Benefit Fun, Inv. Date: 02/14/2006 | -10.14 | 173.09 |
| 02/22/06 | Disbursements | 90 Medical Co-Pay | 053302 | Chk #74934 | 906014228, DOC: 523 Fund Reimb, Inv. Date: 02/22/2006 | -2.00 | 171.09 |
| 02/24/06 | Mail Room | 01 MO/Checks (Not Held) | 055281 | 5462249549 | Scott, Jessie L | 50.00 | 221.09 |
| 02/24/06 | Mail Room | 01 MO/Checks (Not Held) | 055281 | 5462249550 | Scott, Jessie L | 50.00 | 271.09 |
| 03/01/06 | Point of Sale | 60 Commissary | 060741 | 403880 | Commissary | -29.83 | 241.26 |
| 03/08/06 | Point of Sale | 60 Commissary | 067741 | 404761 | Commissary | -29.08 | 212.18 |
| 03/08/06 | Point of Sale | 60 Commissary | 067741 | 404764 | Commissary | .00 | 212.18 |
| 03/10/06 | Payroll | 20 Payroll Adjustment | 069114 | | P/R month of 02/2006 | 27.45 | 239.63 |
| 03/13/06 | Disbursements | 80 Postage | 072302 | Chk #75073 | 8006015298, Inmate Benefit Fun, Inv. Date: 03/10/2006 | -1.26 | 238.37 |
| 03/14/06 | Mail Room | 01 MO/Checks (Not Held) | 073281 | 09338707214 | Scott, Jessie L | 50.00 | 288.37 |
| 03/14/06 | Mail Room | 01 MO/Checks (Not Held) | 073281 | 09338707192 | Scott, Jessie L | 50.00 | 338.37 |
| 03/14/06 | Mail Room | 01 MO/Checks (Not Held) | 073281 | 09338707203 | Scott, Jessie L | 50.00 | 388.37 |
| 03/14/06 | Mail Room | 01 MO/Checks (Not Held) | 073281 | 09338707181 | Scott, Jessie L | 50.00 | 438.37 |
| 03/15/06 | Point of Sale | 60 Commissary | 074717 | 405776 | Commissary | -55.28 | 383.09 |
| 03/22/06 | Point of Sale | 60 Commissary | 081741 | 406799 | Commissary | -32.62 | 350.47 |
| 03/29/06 | Point of Sale | 60 Commissary | 088741 | 407572 | Commissary | -29.19 | 321.28 |
| 04/06/06 | Disbursements | 80 Postage | 096302 | Chk #75246 | 8006016069, Inmate Benefit Fun, Inv. Date: 03/22/2006 | -.39 | 320.89 |
| 04/06/06 | Point of Sale | 60 Commissary | 096741 | 408373 | Commissary | -33.75 | 287.14 |
| 04/07/06 | Mail Room | 01 MO/Checks (Not Held) | 097233 | P299932 | Embery, Eliger | 10.00 | 297.14 |
| 04/13/06 | Point of Sale | 60 Commissary | 103717 | 409180 | Commissary | -29.98 | 267.16 |
| 04/13/06 | Mail Room | 01 MO/Checks (Not Held) | 103233 | 09338842541 | Scott, Jessie | 50.00 | 317.16 |
| 04/13/06 | Mail Room | 01 MO/Checks (Not Held) | 103233 | 09338842552 | Scott, Jessie | 50.00 | 367.16 |

EXHIBIT F

In the Circuit Court of the 1st Judicial Circuit
Cook County, Illinois
(Or in the Circuit Court of Cook County).

THE PEOPLE OF THE STATE OF ILLINOIS )
)
) No. 00CR14045
v. )
)
Karla Sulton )
Defendant/Appellant

Notice of Appeal

An appeal is taken from the order or judgment described below:

(1) Court to which appeal is taken: Appellate Court of Illinois First Judicial Circuit

(2) Name of appellant and address to which notices shall be sent:
Name: Karla Sulton R36246
Address: P.O. BOX 549 Lincoln IL 62656

(3) Name and address of appellant's attorney on appeal:
Name: ______
Address: ______
If appellant is indigent and has no attorney, does he want one appointed?
Yes

(4) Date of judgment or order: 11-23-05

(5) Offense of which convicted: Aggravated Kidnaping while armed with a bludgeon

(6) Sentence: 12 years

(7) If appeal is not from a conviction, nature of order appealed from: Denial of Trail Transcripts + Common Law Record

Signed Karla Sultan
(May be signed by appellant, attorney for appellant, or clerk of circuit court)

THE CIRCUIT COURT FOR THE 1st JUDICIAL COURT
Cook COUNTY, ILLINOIS

Karla Sulton )
Petitioner )
) No. 00CR14045
People of State of IL )
Respondent

MOTION FOR APPOINTMENT OF COUNSEL

The undersigned (Petitioner/Respondent), Karla Sulton, respectfully moves the court to appoint counsel for (him/her) in this cause. In support, (Petitioner/Respondent) states:

1. I have been incarcerated continuously since 5-20-00, and am presently held in custody and residing at the Lincoln Correctional Center in Lincoln Illinois, County of Logan.
2. I am without sufficient income or assets with which to pay for the costs of these proceedings or to employ an attorney to represent me in this matter.
3. I am without the services of counsel to represent me in this matter and I wish the Court to appoint counsel to represent me in this matter.
4. I have a constitutional right to access to the courts, and without the assistance of counsel, my access to the courts will not be adequate, effective or meaningful because: I need counsel to pefect my appeal
5. My (claim/defense) in this matter is not frivolous or malicious, but is colorable and meritorious.
6. Since this matter concerns the (condition/duration) of my confinement, I have sought (institutional/administrative) review of this matter through the proper grievance procedures before this action was filed. (At this point state what, if any, action was taken or decision that was made concerning your grievances).

WHEREFORE, (Petitioner/Respondent) Karla Sulton, respectfully requests counsel be appointed to represent (him/her) in this matter.

Karla Sulton
(Your Signature)

Type or print name Karla Sulton
Register number R36246
Lincoln Correctional Center
Box 549
Lincoln, Illinois 62656

Docket Number in the Reviewing Court

Case Title (Complete)

Appeal From Cook County
Circuit Court No. 00CR14045
Date of Notice of Appeal 12-14-05
Trial Judge Sacks
Felony (✓)
Misdemeanor ( )
In Custody (✓)
Out on Bond ( )

DOCKETING STATEMENT
(Criminal)

Counsel On Appeal
For Appellant(s)
Name: Stanley Hill
Address: 10 S. LaSalle St. Chgo IL 60603
Telephone: (312) 917-8888

Trial Counsel,
If Different
Name:
Address:
Telephone:

Counsel On Appeal
For Appellee(s)
Name:
Address:
Telephone:

Court Reporter(s)
Name:
Address:
Telephone:

Approximate Duration of Trial Court Proceedings To be Transcribed

Nature of Case:

( ) Appeal from conviction after trial
( ) Jury Trial
( ) Plea of guilty
( ) Sentence only
( ) Appeal by State
( ) Bench Trial
( ) Post-conviction proceeding
( ) Revocation of probation
(✓) Other (Explain) Denial of Trial Transcripts + Common Law Records

General Statement Of Issues Proposed To Be Raised (Failure to include an issue in this statement will not result in the waiver of the issue on appeal.)

IN THE
1st Judicial Court
Cook County, Ill

People of State of IL
Plaintiff,

v.

Karla Sutton
Defendant

Case No. 00CR14045

**PROOF/CERTIFICATE OF SERVICE**

TO: Dorothy Brown
Clerk of Circuit Court
2650 S. California Rm. 526
Chgo IL 60608

TO: States Attorney
2650 S. California
Chgo IL
60608

PLEASE TAKE NOTICE that on Dec. 14, 2005, I have placed the documents listed below in the institutional mail at Lincoln Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: 8 copies

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 12-14-05

/s/ Karla Sutton
NAME: Karla Sutton
IDOC#: R36246
Lincoln Correctional Center
P.O. BOX 549
Lincoln, IL 62656